IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE JUPITER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL ACTION NO. 3:13-cv-1544

(JUDGE CAPUTO)

## ORDER

**NOW**, this __28th__ day of May, 2014, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 38) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 38) is **ADOPTED**.

(2) The Defendant's Motion to Dismiss (Doc. 26) is **GRANTED**. Plaintiff's Complaint will be **DISMISSED without prejudice**.

(3) Plaintiff may **Re-File** his Complaint as a new action within **twenty (20) days** of the date of entry of this order, now that he has fully exhausted his administrative tort claim.

(4) The clerk of court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge